IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00152-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RANDALL EMMETT ELLIOTT,

       Defendant.

---

**ORDER AND NOTICE OF HEARING**

---

       **IT IS HEREBY ORDERED** that a hearing on the Supplemental Petition on Supervised Release due to Violation of Supervised Release will be held on **June 17, 2008,** at **4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

       DATED this 29th day of April, 2008.

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge